RALPH J. MARRA
Acting United States Attorney
SUSAN J. STEELE
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973)645-2920
Fax. (973)297-2010
email: susan.steele@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. |
| Plaintiff(s), | Criminal No. 91-131 |
| v. | ORDER GRANTING MOTION TO WITHDRAW SUM OF MONEY FROM COURT REGISTRY ACCOUNT |
| EXXON CORPORATION, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the Clerk of the Court shall disburse the sum of $963,000 from the USA v. Exxon, Arthur Kill Criminal Court Registry Account (CRIS Account # 3:91-CR-131-01) administered by the U.S. District Court for the District of New Jersey and transfer such sum to the New Jersey Department of Environmental Protection by check made payable to the "Treasurer, State of New Jersey". Upon issuance of said check, the Clerk shall mail the check to John Sacco, New Jersey Dept. of Environmental Protection, Office of Natural Resource Restoration, PO Box 404, 501 East State Street, Trenton, NJ, 08690-0404

DATED: _October 6_, 2009

Newark, New Jersey

ENTER

_____
Judge, United States District Court