UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     CRIMINAL NO. 91-0131(SDW)

            vs.     :     ORDER TO TRANSFER UNCLAIMED
    :     MONIES TO THE TREASURY OF THE
EXXON CORPORAITON     :     UNITED STATES OF AMERICA

WIGENTON, District Judge:

It appearing that money having been deposited into the Registry of this Court pursuant to

an Order in connection with the above-captioned matter,

It further appearing that the money was transferred to the Court Registry Investment

System, and

It further appearing that the unclaimed monies have met the requirements pursuant to

Section 1020.30.20(3)(c)(2) of the Guide to Judiciary Policy, Eligibility for Transfer of

Forfeitures of Unclaimed Money and Property Fund (106000), wherein the court's records do not

identify the legal owner of the funds,

IT IS on this ____13th____ day of ____April____, 2015,

ORDERED that the sum of $184,347.24, plus all accumulated interest, be withdrawn

from the Court Registry Investment System and deposited into the Registry Fund; and

FURTHER ORDERED that the funds thereafter be withdrawn from the Registry Fund of

the United States District Court for the District of New Jersey and deposited into the Forfeitures

of Unclaimed Money and Property Fund (106000), in the name and to the credit of the United

States, in accordance with Title 28 Section 2042, of the United States Code.


SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE